446 A.2d 666

Glasgow, Inc. v. O'Hara, Appellant.

Glasgow, Inc., Appellant v. O'Hara et al.

Reargument Denied July 1, 1982.

Argued September 10, 1980. Daniel Quinlan, for O'Hara, appellant (at No. 87) and appellee (at No. 94); John G. Kaufman, for Glasgow, appellant (at No. 94) and appellee (at No. 87).

Before SPAETH, HESTER and CAVANAUGH, JJ.

Affirmed.